

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2015

No. 04-15-00005-CV

**IN THE ESTATE OF JACK HIROMI IKENAGA SR.**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-4330
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

Appellee's brief is due on July 24, 2015. *See* TEX. R. APP. P. 38.6(b). On July 9, 2015, Appellee ACCC Holding Corporation filed an unopposed first motion for a forty-five day extension of time to file its brief until September 8, 2015.

Appellee's motion is GRANTED. Appellee must file its brief with this court by September 8, 2015.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2015.

Keith E. Hottle
Clerk of Court